Steven W. Myhre
Acting United States Attorney
Daniel R. Schiess
Assistant United States Attorney
Nevada State Bar No. 5483
501 Las Vegas Boulevard, 11th Floor
Las Vegas, Nevada 89101
(702)388-6336
dan.schiess@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Arun Kumar Pal,<br><br>　　　　　　Defendant. | 2:96-CR-060-GMN-PAL<br><br>**Motion to Dismiss Indictment** |

The United States moves to dismiss the indictment against defendant Arun Kumar Pal because the indicted was returned in 1996, the defendant has remained a fugitive since then, never having been arrested on the charges, and the evidence needed to convict the defendant may no longer be available.

　　　　　　　　　　　　　　　　　　　　Steven W. Myhre
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

**IT IS SO ORDERED.**　April　　　　／S／ Daniel R. Schiess
**DATED** this __7__ day of ▮▮▮▮, 2017.

　　　　　　　　　　　　　　　　　　　　Daniel R. Schiess
_____　　Assistant United States Attorney
Gloria M. Navarro, Chief Judge
United States District Court

1

**Certificate of Service**

No certificate of service is being filed because the defendant did not make an appearance in court after he was indicted and has no counsel of record.

/S/ Daniel R. Schiess

_____
Daniel R. Schiess
Assistant United States Attorney